UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> WILLIAM HENRY COLLIER, ) <br> ) <br> Defendant. ) | Case No. 2:00-CR-00427-PMP-VCF <br><br> **ORDER** |

On August 20, 2013, the Honorable Cam Ferenbach, United States Magistrate Judge, entered an Order Granting Petitioner Collier's Motion to Proceed In Forma Pauperis, Denying Defendant Collier's Motion for Appointment of Counsel, and Recommending that Defendant Collier's Motion for Writ of Habeas Corpus (Doc. #151) be denied. No objections have been filed to the ruling of the Magistrate Judge. The Court having conducted a *de novo* review of these proceedings, and good cause appearing,

The Court finds that the Orders and Report and Recommendation of United States Magistrate Judge Ferenbach should be AFFIRMED.

**IT IS SO ORDERED**.

**IT IS FURTHER ORDERED** that Defendant Collier's Motion for Writ of Habeas Corpus (Doc. #151) is **DENIED**.

DATED: September 16, 2013.

_____
PHILIP M. PRO
United States District Judge